**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LT TECH, LLC<br><br>　　　　Plaintiff,<br>　v.<br><br>TECHEXCEL INC.<br>PREMIER, INC.<br>THE FIRST AMERICAN CORPORATION<br>SANMINA CORPORATION<br><br>　　　　Defendants. | Case No. 3:13-cv-4261<br><br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Plaintiff LT Tech, LLC ("LTT") hereby discloses, by and through its undersigned counsel, that it is a limited liability company.  No parent or publicly held corporation owns 10% or more of LTT's stock.


Dated:  October 22, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　__/s/ Hao Ni_____
　　　　　　　　　　　　　　　　　　　　　　Hao Ni
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24047205
　　　　　　　　　　　　　　　　　　　　　　Ni, Wang & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　8140 Walnut Hill Ln, Suite 310
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX  75231
　　　　　　　　　　　　　　　　　　　　　　T:  972.331.4600
　　　　　　　　　　　　　　　　　　　　　　F:  972.314.0900
　　　　　　　　　　　　　　　　　　　　　　Email:  hni@nilawfirm.com

　　　　　　　　　　　　　　　　　　　　　　Matthew DelGiorno (*Pro Hac Vice Pending*)
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24077131
　　　　　　　　　　　　　　　　　　　　　　DelGiorno IP Law, PLLC
　　　　　　　　　　　　　　　　　　　　　　906 Granger Drive
　　　　　　　　　　　　　　　　　　　　　　Allen, TX  75013

T:  214.601.5390
Email:  matt@delgiornolaw.com

**Attorney for Plaintiff**
**LT Tech, LLC**