# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LT TECH, LLC<br><br>       Plaintiff,<br>  v.<br><br>TECHEXCEL INC.<br>PREMIER, INC.<br>THE FIRST AMERICAN CORPORATION<br>SANMINA CORPORATION<br><br>       Defendants. | Case No 3:13-cv-4261 |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 3.3, Plaintiff LT Tech, LLC hereby identifies the following pending, related cases:

*LT Tech, LLC v. Frontrange Solutions USA, Inc.*, Case No. 3:13-CV-0901-M, Judge Barbara M. Lynn, presiding

*LT Tech, LLC v. Sysaid Technologies Ltd. et al.*, Case No. 3:13-CV-2754-N, Judge Barbara M. Lynn, presiding

*LT Tech, LLC v. Kayako Inc.*, Case No. 3:13-CV-3627-N, Judge David C. Godbey presiding

Dated: October 22, 2013     Respectfully submitted,

    By:  \_\_\_*/s/ Hao Ni*_____
        Hao Ni
        Texas State Bar No. 24047205
        Ni, Wang & Associates, PLLC
        8140 Walnut Hill Ln, Suite 310
        Dallas, TX  75231
        T:  972.331.4600
        F:  972.314.0900
        Email:  hni@nilawfirm.com

        Matthew DelGiorno (*Pro Hac Vice*

*Pending*)
Texas State Bar No. 24077131
DelGiorno IP Law, PLLC
906 Granger Drive
Allen, TX  75013
T:  214.601.5390
Email:  matt@delgiornolaw.com

**ATTORNEYS FOR PLAINTIFF**
**LT TECH, LLC**