𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
𝔑𝔬𝔯𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔗𝔢𝔵𝔞𝔰
1100 ℭ𝔬𝔪𝔪𝔢𝔯𝔠𝔢 𝔖𝔱𝔯𝔢𝔢𝔱
𝔇𝔞𝔩𝔩𝔞𝔰, 𝔗𝔢𝔵𝔞𝔰 75242

ℭ𝔥𝔞𝔪𝔟𝔢𝔯𝔰 𝔬𝔣                                                                                                                           214/753-2400
𝔘.𝔖. 𝔐𝔞𝔤𝔦𝔰𝔱𝔯𝔞𝔱𝔢 𝔍𝔲𝔡𝔤𝔢 𝔇𝔞𝔳𝔦𝔡 𝔏. 𝔥𝔬𝔯𝔞𝔫

October 25, 2013

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:13-cv-4261-M, *LT Tech LLC v. TechExcel, Inc., et al.*

Dear Ms. Mitchell:

      I hereby recuse myself from the above-referenced case pursuant to the provisions of 28 U.S.C. § 455. I would appreciate it if you would please reassign this case to another magistrate judge in accordance with the usual procedure.

                                                           Sincerely,

                                                          David L. Horan

cc:    Judge Lynn