## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| LT TECH, LLC <br><br>        Plaintiff <br><br>    v. <br><br> TECHEXCEL INC. <br> PREMIER, INC. <br> FIRST AMERICAN FINANCIAL <br> CORPORATION <br> SANMINA CORPORATION <br><br>       Defendants. | Case No. 3:13-cv-4261 |

## ORDER GRANTING

## EXTENSION OF TIME FOR FILING ANSWER OR TO OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

On this day the Court considered the Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint filed by Plaintiff LT Tech, LLC. Having considered the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint is GRANTED and that the deadline for Defendants (1) TechExcel, Inc.; (2) Premier, Inc.; (3) First American Financial Corporation; and (4) Sanmina Corporation to file their answers or to otherwise respond to Plaintiff's Amended Complaint shall be January 15, 2014.

Date: January 2, 2014

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS